IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 23-cv-01379<br>) |
| RALPH C. TAYLOR, JR.,<br>NANCY H. TAYLOR,<br>CITIZENS FINANCIAL GROUP,<br>KB ACQUISITION, LLC, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DEFAULT JUDGMENT

This matter is before the Court on the United States' Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2). Default having been entered against Defendants Ralph C. Taylor, Jr.; Nancy H. Taylor; Citizens Financial Group; and KB Acquisition, LLC for their failure to appear or otherwise defend, the United States having requested that the Court enter the Order of Sale attached as Exhibit A, and for good cause shown, it is hereby **ORDERED** that**:**

The Order of Sale attached as Exhibit A is entered as an Order of this Court.

_____
LOUISE W. FLANAGAN
United States District Judge

1