IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH C. TAYLOR, JR.,<br>NANCY H. TAYLOR,<br>CITIZENS FINANCIAL GROUP,<br>KB ACQUISITION, LLC,<br><br>    Defendants. | Case No. 23-cv-01379 |

## ORDER VACATING ORDER OF SALE

Upon consideration of the United States' motion to vacate the order of sale entered March 14, 2024 (ECF No. 15):

IT IS ORDERED, that the order of sale entered March 14, 204 is hereby VACATED;

IT IS FURTHER ORDERED the United States shall file a status report or a notice of dismissal within 90 days from the entry of the order.

Dated this 30th day of April, 2024.

*[Signature: Louise W. Flanagan]*

LOUISE W. FLANAGAN
United States District Judge

1